U.S. Department of Justice

MEMO ENDORSED

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 23, 2022

**BY CM/ECF**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Otis Parkes**
              **Docket No. 03 Cr. 1364 (LAK)**

Dear Judge Kaplan:

    The Government respectfully writes to request 60 days to respond to defendant Otis Parkes's motion to vacate, dated November 23, 2022 (the "Motion"). The defendant argues in the Motion to Vacate that he is entitled to relief on his successive Section 2255 motion because of the Supreme Court's decisions in *United States v. Davis*, 139 S. St. 2339 (2019), and *United States v. Taylor*, 142 S. Ct. 2015 (2022). The Government opposes the Motion. The undersigned respectfully requests 60 days to respond due to an anticipated three to four week trial in *United States v. Constantine, et al.*, 21 Cr. 530 (SHS) set to commence on November 28, 2022.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney
                      Southern District of New York

                      /s/ Danielle M. Kudla
                      Danielle M. Kudla
                      Assistant United States Attorney
                      (212) 637-2304

cc:    Daniel Habib, Esq. (by ECF)

Granted. [Any] Reply papers will be due from movant on or before 2/28/2023. The parties should address the question whether, if the conviction on Count 3 were vacated, defendant must or may be resentenced de novo.

SO ORDERED
LEWIS A. KAPLAN, USDJ
11/25/22