Otis Parkes                                    5                                    41812 -
Docket Number:



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

03cr1364 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/24

THE COURT ORDERS:

[✓]   Transfer of Jurisdiction to the Middle District of Florida APPROVED

[ ]   Transfer of Jurisdiction to the Middle District of Florida DENIED

[ ]   Other

_____
Honorable Lewis A. Kaplan

1/8/24
Date